IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MAXINE JACQUEZ,**

      **Plaintiff,**

  vs.

                                                                       NO. CIV-13-383 SMV

**CAROLYN W. COLVIN, Acting**
**Commissioner of the Social Security**
**Administration,**

      **Defendant.**

## ORDER GRANTING STAY

THIS MATTER having come before the Court upon Defendant's Unopposed Motion for Stay (Doc. 10), it being stated that Plaintiff concurs in the granting of the motion, the Court having read the motion and being fully advised in the premises finds that there is good cause for granting the motion.

IT IS HEREBY ORDERED that the deadline to file an answer or otherwise respond to Plaintiff's Complaint is stayed until the government shutdown has ended plus an additional ten working days thereafter.

                                                      _____
                                                      STEPHAN M. VIDMAR
                                                      United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted 10/16/13*
MANUEL LUCERO
Assistant United States Attorney
Attorney for Defendant

*Electronically approved 10/15/13*
FRANCESCA MacDOWELL
MICHAEL D. ARMSTRONG
Attorneys for Plaintiff